

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00013-CV

Mark A. **CANTU** d/b/a Law Office of Mark Cantu,
Appellant

v.

**GUERRA & MOORE, LLP**, Carlos L. Guerra, J. Michael Moore and David J. Lumber,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
          Karen Angelini, Justice
          Patricia O. Alvarez, Justice

The panel has considered the Appellee's Motion for Panel Rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court